[Civil No. 364.]

W. T. GRAY, Sheriff, et al., Appellants, v. GEORGE F. SPANGENBURG, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Henry C. Gooding, Judge.

H. N. Alexander, for Appellants.

Webster Street, and H. L. Wharton, for Appellee.

April 14, 1893. Affirmed.

---

[Civil No. 343.]

In the Matter of the Estate of JOHN D. WALKER, Deceased, Appellant, v. A. J. DORAN, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. Joseph H. Kibbey, Judge.

A. C. Baker, and Fitch & Campbell, for Appellant.

Barnes & Martin, and S. M. Franklin, for Appellee.

April 14, 1893. Affirmed.